## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Government Marketing and Procurement, LLC | ) ASBCA No. 61228 |
| | ) |
| Under Contract No. N65236-14-F-0871 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Gregory Grazdan
President

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Mark S. Christopher, Esq.
David D. Perrone, Esq.
Michael S. Roys, Esq.
Associate Counsel
Space and Naval Warfare Systems
Center Atlantic
Hanahan, SC

### ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated by 8 September 2017. Any request to reinstate the subject appeal must be filed by 11 September 2017.

Dated: 28 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61228, Appeal of Government Marketing and Procurement, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
